UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTHONY CHATTMAN,<br><br>    Petitioner,<br><br>v.<br><br>M. POLUS, WARDEN of CiM-CHINO,<br><br>    Respondent. | No. EDCV 08-1738 GAF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 20, 2011

_____
GARY A. FEESS
United States District Judge